# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

ERIC MANUELIAN,

Appellant,

v.

JENNIFER L. STARR, individually and in the capacity as trustee of the
Laura Kirkland Trust dated 3/10/05 and in the capacity as trustee of
the Starr Trust; KIRKLAND RANCH, INC., a Florida Corporation; and
R.L.E. RANCH, INC., a Florida Corporation,

Appellees.

No. 2D2025-1814

————————————————

June 12, 2026

Appeal from the Circuit Court for Pasco County; Alicia Polk and Kimberly
Sharpe Byrd, Judges.

Donald J. Schutz of LawUS, St. Petersburg, for Appellant.

John A. Schifino of Gunster, Yoakley & Stewart, P.A., Tampa, for
Appellee Jennifer L. Starr, individually and in the capacity as trustee of
the Laura Kirkland Trust dated 3/10/05 and in the capacity as trustee
of the Starr Trust.

No appearance for remaining Appellees.

PER CURIAM.

    Affirmed.

SLEET, ATKINSON, and GUARD, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.